NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**05-1237**

STATE OF LOUISIANA

VERSUS

ELIZA CLARK

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 101,042
HONORABLE PATRICK MICHOT, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**OSWALD A. DECUIR
JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**Michael Harson
District Attorney
Ronald E. Dauterive
Assistant District Attorney
Fifteenth Judicial District Court
P. O. Box 3306
Lafayette, LA 70502
(337) 232-5170
Counsel for Appellee:
    State of Louisiana**

**W. Jarred Franklin
Louisiana Appellate Project
3001 Old Minden Road
Bossier City, LA 71112
(318) 746-7467
Counsel for Defendant/Appellant:
    Eliza Clark**